UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWUD HALISI MALIK aka DAVID WASHINGTON RIGGINS,<br><br>        Plaintiff,<br><br>    v.<br><br>ELDON VAIL et al.,<br><br>        Defendants. | CASE NO.  C11-5226RJB/JRC<br><br>ORDER TO SHOW CAUSE OR CURE DEFECT |

      This 42 U.S.C. §1983 civil rights matter, which was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  On March 22, 2011, the clerk's office informed plaintiff of defects in his in forma pauperis application (ECF No. 2).  One of those defects was lack of an authorization form.  Plaintiff was given until April 25, 2011 to cure the defects.  All defects in the application, except for the form, have been cured.

      The court orders plaintiff to show cause why his application for in forma pauperis status should not be denied.  In the alternative, he may submit the authorization form and the court will consider his application to proceed in forma pauperis.

ORDER - 1

1  Failure to respond by June 3, 2011, will result in a Report and Recommendation that the
2  application to proceed in forma pauperis be denied.
3  The Clerk of Court is directed to send a copy of this Order and another authorization
4
   form to plaintiff.  The Clerk is directed to place this matter on the court calendar for June 3,
5
   2011.
6
7  DATED this 9th day of May, 2011.

             J. Richard Creatura
             United States Magistrate Judge

ORDER - 2